IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
HECTOR MANUEL BOSSIO, JR.,  )
                            )
    Plaintiff,               )
                            )       CIVIL ACTION NO.
    v.                       )         3:16cv840-MHT
                            )              (WO)
SHERIFF HEATH TAYLOR and    )
LIEUTENANT STEVE JOHNSON,   )
                            )
    Defendants.              )
```

OPINION AND ORDER

The plaintiff, an inmate in Russell County Jail, filed a motion for preliminary injunction seeking for defendants to comply with the jail's grievance policy. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 25) is adopted.

    (2) The motion for preliminary injunction (doc. no. 7) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 23rd day of January, 2017.

                                   /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**